■ The People of the State of New York, Respondent, v Meceo McEaddy, Appellant. [50 NYS3d 877]—Judgment, Supreme Court, New York County (Renee A. White, J., at plea; Melissa C. Jackson, J., at sentencing), rendered July 29, 2014, as amended June 22, 2016) convicting defendant, upon his plea of guilty, of grand larceny in the second degree (two counts), grand larceny in the third degree (13 counts), scheme to defraud in the first degree, criminal tax fraud in the second and fifth degrees (two counts each) and resisting arrest, and sentencing him, as a second felony offender, to an aggregate term of 5 to 10 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentences on the second-degree grand larceny and second-degree tax fraud convictions to 4 to 8 years, resulting in a new aggregate term of 4 to 8 years, and otherwise affirmed.

We do not find that defendant make a valid waiver of his right to appeal, and we find the sentence excessive to the extent indicated. Concur—Sweeny, J.P., Acosta, Renwick, Moskowitz and Kahn, JJ.